# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO FIGUEROA-GUIZAR,<br><br>　　　　Petitioner,<br><br>　v.<br><br>KEETON, Warden,<br><br>　　　　Respondent. | Case No. 1:17-cv-00504-JLT (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION TO AMEND TO NAME A PROPER RESPONDENT<br><br>[Doc. 10] |

On May 9, 2017, the Court issued an order granting Petitioner leave to amend the petition to name a proper respondent. On May 30, 2017, Petitioner filed a motion to amend to name Warden Keeton as Respondent in this matter. Keeton is the warden of the petitioner's institution and has "day-to-day control" over him; therefore, he is the correct respondent.

Accordingly, Petitioner's motion to amend the instant petition and name a proper respondent is GRANTED. The Clerk of Court is DIRECTED to substitute Keeton, Warden, as Respondent.

IT IS SO ORDERED.

　Dated: __**June 7, 2017**__　　　　　　　　___/s/ Jennifer L. Thurston___
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1