1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    HUMBERTO FIGUEROA-GUIZAR,              1:17-cv-00504-DAD-JLT (HC)

12                    Petitioner,           ORDER DENYING MOTION FOR
                                            APPOINTMENT OF COUNSEL
13          v.
                                            (Doc. 27)
14    KEETON,

15                    Respondent.

16

17          Petitioner has requested the appointment of counsel.  There currently exists no absolute

18    right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze, 258 F.2d

19    479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).  However, Title

20    18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the

21    interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.  In the

22    present case, the Court does not find that the interests of justice require the appointment of

23    counsel at the present time.  Accordingly, Petitioner's request for appointment of counsel is

24    **DENIED** without prejudice.

25
      IT IS SO ORDERED.
26

27      Dated:   **January 30, 2018**                    **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE
28